# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-17392 |
| | ) | |
| GEORGE MATHEWS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. BARNES |

## NOTICE AND CERTIFICATE OF SERVICE OF OFFICIAL FORM 309I NOTICE OF CHAPTER 13 BANKRUPTCY CASE

*To the following persons or entities who were served via regular U.S. Mail:*

CheckMate Realty & Development, Inc., 2948 W. Diversey Ave., Chicago, IL 60647

Please take notice of the attached **Official Form 309I Notice of Chapter 13 Bankruptcy Case**.

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before August 9, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: August 9, 2019    /s/ Robert C. Bansfield Jr.
                                    Robert C. Bansfield Jr. ARDC #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100